# UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
San Francisco Venue

## Petition for Warrant for Person Under Supervision

| | |
|---|---|
| **Person Under Supervision** | **Docket Number** |
| Benjamin Smith Pearsall | CR19-00342-001 EMC |
| | EDCA Case No.: 5:26-mj-00006-CDB |
| **Name of Sentencing Judge:** | The Honorable Edward M. Chen |
| | Senior United States District Judge |

**Date of Original Sentence:**   February 5, 2020

**Original Offense**
Count One: Possession with Intent to Distribute 50 Grams or More of Methamphetamine- 21 U.S.C. § 841, 21 U.S.C. § (b)(1)(B)(viii), a Class B Felony.
Count Two: Possession with Intent to Distribute 100 Grams or More of Heroin - 21 U.S.C. § 84l(a)(l), (b)(l)(B)(I), 21 U.S.C. § 84l(a)(1), 21 U.S.C. § (b)(1)(B)(i), a Class B Felony
Count Three: Felon in Possession of a Firearm and Ammunition- 18 U.S.C. § 922(g)(1), a Class C Felony

**Original Sentence:** Sixty (60) months on all counts to run concurrently and four (4) years supervised release.

**Special Conditions:**  Cooperate with DNA collection; search, participate in drug and alcohol treatment; no alcohol; special assessment $300.

**Prior Form(s) 12:**
On March 16, 2023, the Court added a special condition requiring placement of up to 120 days at the San Francisco Residential Release Center as Mr. Pearsall had no viable supervised release home plan.

On June 28, 2023, the Court added a mental health treatment special condition as requested in a Form12-Request to Modify Conditions of Supervision, which also informed of a confirmed positive drug test for opiates and morphine, collected on May 29, 2023.

On August 30, 2023, the court took judicial notice that Mr. Pearsall tested positive for methamphetamine.

**RE:** Pearsall, Benjamin Smith                                                                                           2
      3:19-CR-00342-EMC-1

On September 23, 2024, Benjamin Pearsall appeared before Magistrate Judge Illman in McKinleyville for several violations of supervised release. Those violations consist of the use of illicit substances, arrest for driving under the influence, and attempts to defeat drug testing. Mr. Pearsall was arraigned, and those violations remain pending.

On September 25, 2024, the Court modified the conditions of supervised release to include up to six months at a Residential Reentry Center.

On October 7, 2024, the Court took judicial notice that Mr. Pearsall had been terminated from the Residential Reentry Center for substance abuse.

On October 9, 2024, all parties appeared before the Court for a revocation hearing on below listed violations one through three. However, Mr. Pearsall was not present. As a result, the Court issued a Warrant for the Arrest for Mr. Pearsall and directed United States Probation to submit the paperwork to the Court for signature.

| **Type of Supervision** | **Date Supervision Commenced** |
|---|---|
| Supervised Release | April 14, 2023 |
| **Assistant U.S. Attorney** | **Date Supervision Expires** |
| Patrick O'Brien | April 12, 2027 |
| **Defense Counsel** | |
| Shaffy Moeel (Appointed) | |

**Petitioning the Court for the issuance of a no bail warrant for the arrest of the person under supervision and to include the additional information in Charge Four in bold; upon the filing of this Petition for Warrant it is requested that the Petition for Summons filed on September 3, 2024, be vacated, as Charges One through Three have been incorporated in this petition.**

I, Cristopher Taylor, a Probation Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

RE: Pearsall, Benjamin Smith  
3:19-CR-00342-EMC-1

3

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that Benjamin Pearsall has violated the standard condition that while on supervised release, he must not commit another federal, state, or local crime. |

> On August 14, 2024, at 1:41 a.m., Benjamin Pearsall was driving in Eureka, California. He was stopped by the California Highway Patrol for a traffic violation. After completing multiple field sobriety tests, Mr. Pearsall admitted to the California Highway Patrol that he had used both marijuana and methamphetamine earlier that day. As a result of that admission, Mr. Pearsall was arrested and charged with a violation of California Vehicle Code 23152(f)- Driving Under the Influence of Drugs, a misdemeanor. Mr. Pearsall submitted to a blood test and those results are pending. The matter is scheduled for further arraignment in Humboldt County Superior Court in September 2024.
>
> Evidence to support this charge is contained in California Highway Patrol report RC17820, dated August 14, 2024.

| | |
|---|---|
| Two | There is probable cause to believe that Benjamin Pearsall has violated the standard condition that while on supervised release, that he must refrain from the use of a controlled substance. |

> On August 14, 2024, Benjamin Pearsall admitted to the California Highway Patrol that he had used marijuana and methamphetamine earlier that day.
>
> On August 17, 2024, Benjamin Pearsall admitted to me (via text message) that he had used methamphetamine earlier that day.
>
> Evidence to support this charge is contained in California Highway Patrol report RC17820, dated August 14, 2024, and United States Probation electronic file (chronological entry) dated August 17, 2024.

| | |
|---|---|
| Three | There is probable cause to believe that Benjamin Pearsall has violated special condition number four that he must participate in a program of testing as directed by the probation officer. |

> On August 26, 2024, in Eureka, I directed Mr. Pearsall to submit a urine sample for drug testing. During the submission of that urine sample, I noted that Mr. Pearsall was agitated and attempting to hide something. After the submission of a negative urine sample, I directed Mr. Pearsall to show me that he was not in possession of a device to defeat the test. Mr. Pearsall initially refused to cooperate; however I was able to get Mr. Pearsall to cooperate. He admitted he had purchased and used a "wizzinator" device

RE: Pearsall, Benjamin Smith  
3:19-CR-00342-EMC-1

4

to defeat the test. He relinquished the device to me and he apologized for his poor decision.

Evidence to support this charge is contained in United States Probation electronic file (chronological entry) dated August 26, 2024. United States Probation also has the device in an evidence locker in the Santa Rosa Office.

**Four** — **There is probable cause to believe that Benjamin Pearsall has violated standard condition number six that he must notify the probation officer of any change in residence.**

**On October 5, 2024, Benjamin Pearsall was terminated from the San Francisco Residential Reentry Center for substance abuse. Mr. Pearsall was discharged from the Saint Francis Medical Center in San Francisco on October 5, 2024, at 5:22pm. Mr. Pearsall has not contacted probation with any updated information. His whereabouts are not known.**

**Evidence to support this charge is contained in United States Probation electronic file (chronological entry) dated October 5 and 8, 2024.**

Based on the foregoing, there is probable cause to believe Benjamin Pearsall violated the conditions of his supervised release. Therefore, I ask the Court to issue a no bail warrant for his arrest.

Respectfully submitted,

_____  
Cristopher Taylor  
United States Probation Officer Specialist  
Date Signed: October 9, 2024

Reviewed by:

_____  
Alton P. Dural  
Supervisory U.S. Probation Officer

NDC-SUPV-FORM 12C(2)  1/12/2024

**RE:** Pearsall, Benjamin Smith 5
3:19-CR-00342-EMC-1

Having considered the information set forth above, the court finds there is probable cause to believe there has been a violation of the conditions of supervision and orders:

☒ The issuance of a no bail warrant AND ORDER THAT THIS FORM BE FILED UNDER SEAL, AND NO PUBLIC RECORD OF WARRANT ISSUANCE BE MADE. THE FORM SHALL BE UNSEALED AND BE PART OF THE PUBLIC RECORD UPON ITS EXECUTION.

Upon filing of this Petition for Warrant, the Petition for Summons for Person Under Supervision filed on September 3, 2024, is vacated, as Charges One through Three have been incorporated in this Petition for Warrant.

☐ Other:

_____October 11, 2024_____     _____
Date                                          The Honorable Edward M. Chen
                                              Senior United States Judge

**RE:** Pearsall, Benjamin Smith  6
3:19-CR-00342-EMC-1

## APPENDIX

Grade of Violations:  C [USSG §7B1.1(a)(3), p.s.]

Criminal History at time of sentencing:  II

|  | **Statutory Provisions** | **Guideline Provisions** |
|---|---|---|
| **Custody:** | Three years<br>18 U.S.C. § 3583(e)(3) | 4-10 months<br>USSG §7B1.4(a), p.s. |
| **Supervised Release:** | Three Years minus any term of custody imposed<br>18 U.S.C. § 3583(h) | Five Years minus any term of custody imposed<br>USSG §7B1.3(g)(2), p.s. |
| **Probation:** | Not Applicable | Not Applicable |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District Of California

| United States of America | ) |
| v. | ) |
|  | ) Case No. 0971 3:19CR00342 |
|  | ) |
|  | ) |
| Benjamin Smith Pearsall | ) |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Benjamin Smith Pearsall,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☒ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Date: _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　*Issuing officer's signature*

City and state: _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　*Arresting officer's signature*

　　　　　　　　　　　　　　　　　　　　　　　　　　　*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Benjamin Smith Pearsall

Known aliases:

Last known residence: 804 L Street Eureka,CA 95501 Phone:4157245216

Prior addresses to which defendant/offender may still have ties:
In Custody , ; 111 Taylor Street San Francisco,CA 94102;

Last known employment: Unemployed

Last known telephone numbers: N/A

Place of birth: South Lake Tahoe, CA

Date of birth: 05/02/1981

Social Security number: 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

Height: 5 ' 11                    Weight: 160

Sex: Male                         Race: White

Hair: Brown                       Eyes: Brown

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number: 897687DB8

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:
Cristopher Taylor U.S. Probation Officer Specialist (415) 436-7586

Date of last contact with pretrial services or probation officer *(if applicable)*: